Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Tyson M. Kohut,
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Central Intelligence Agency (CIA)
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. **'20 CV 1733 JAH RBB**
*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: National Security Agency (NSA)
   Street Address:
   City and County: 9800 Savage RD Suite 6711
   State and Zip Code: Fort Meade MD 20755-6711
   Telephone Number:
   E-mail Address:

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
    Name: Department of Defence
    Job or Title (if known):
    Street Address: 1400 Defence Pentagon
    City and County: Washington DC 20301-1400
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 2
    Name: Department of Justice
    Job or Title (if known):
    Street Address: 1400 Defence Pentagon
    City and County:
    State and Zip Code: Washington DC 20301-1400
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name: Federal Bureau of Investigation
    Job or Title (if known):
    Street Address: 1400 Defence Pentagon
    City and County:
    State and Zip Code: Washington DC 20301-1400
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name: Department of Energy
    Job or Title (if known):
    Street Address: 1000 Independence Ave
    City and County:
    State and Zip Code: Washington DC 20585
    Telephone Number:
    E-mail Address (if known):

Defendant No. 1

    Name — NASA

    Job or Title (if known)

    Street Address — 300 N [illegible]

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address (if known)

Defendant No. 2

    Name — DHS

    Job or Title (if known) — Chad F Wolf

    Street Address

    City and County

    State and Zip Code — Washington DC @ 20528

    Telephone Number

    E-mail Address (if known)

Defendant No. 3

    Name — Department of Energy

    Job or Title (if known)

    Street Address — 1000 Independence Ave

    City and County

    State and Zip Code — Washington DC · 20585

    Telephone Number

    E-mail Address (if known)

Defendant No. 4

    Name

    Job or Title (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *First Amendment to US Constitution, Fourth Amendment to US Constitution, Fifth Amendment to US Constitution, Fourteenth Amendment to US Constitution, Title 18 U.S.C sec 241, Title 22 USC 6771 Non Consentual Human Experimentation, Universal Declaration of Human Rights*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship ~~US 2345~~ *Fifth Amendment to US Constitution*

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? Hotels San Diego CA, Oceans eleven cusino, Econo Lodge, Ramada Carlsbad CA  Motel 6, Marriott, extended stay, South Coast Oceanside CA  2475 Jefferson UNIT 104 - Home Residence Los Angeles CA  Carlsbad CA 92008 O say, CA Santa Barbara CA  Encino, CA  San Francisco CA, Belmont CA Ventura, CA, Rhensloc, EN, LA Quinta, CA, Las Vegas, NV

B. What date and approximate time did the events giving rise to your claim(s) occur? 24/7 hours a day From December 2017 To Date 9-8 September 3 2020

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Blood clotting, IR/UV burns on shoulders, wrists, ankles. Burns back, cheek bones, eye damage (yellow, blurry), loss of vision, cornea damage. Bones at point of burns critically including pelvis. Massive ulcers from feet or legs. Hemorrhoids. Large veins on forehead. My service animal bones critically. Vision loss, hearing loss, R ankle regrowth on Rear ankle. Regrowth on Left wrist.

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Vision loss, hearing loss, indentations in my bones (legs, wrist), Vein on left side of forehead, Psychological trauma (scared of planes, helicopters, white lights) cannot walk straight. R Ankle damaged. **Memory Loss, Severe!**

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(1) I need a cease and desist on this program/operation. I need to live free with no molestation or contact, surveillance of any kind.

Memory loss!

Continuous (2) Plane flying at low altitude over me making me sick. Gang stalking vehicles staying at my hotel and following me wherever I go. Drones at night shining UV light on me 6-10 azimuths. People in vehicles around me shining white peering light on my position. Speaking to landlords or hotel staff slandering me and stating there is a federal investigation. (3) Money damages obviously due.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/3/2020

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Tyson M. Kohut

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address